FILED
LODGED _____ RECEIVED
JAN 5 2015
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Amended Complaint Case# RDB-14-3685

To. Hon, Judge                    L-3-15
Richard Bennett

How are you doing One fact of the
matter at hand sir i havent talk
to the Defenses in years i have been
try for god know's how long i would
like for my case to be heard in front
of the court as well i will like to add
for the record I have a Nice some of
money in there business this people
have been in and out of
court, through the years for all kinds
of things i know that you as well
know that for a fact sir i dont
know that i have sent the papers
back wrong to you all i have been going
through Hell with this company
for some time your Honor and i am
asking you to Not dismiss my case
I fully understand that i have sent
the papers in wrong but i am asking
you to Help me out Here sir with
a little help they have been wrong
people for years.                    → on back

That is why i am bring this matter to
court your Honors in need of a lll help
thank you and god bless sir, I am
Very sorry a the mixs up with the
summons and everything.

Sincerely
Addie Harris

Ms. Addie M. C. Harris
20 W 115th St Apt 9B
New York NY  10026-3118

Ms. Addie M. C. Harris
20 W 115th St Apt 9B
New York NY 10026-3118

**CERTIFIED MAIL**™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7003 3110 0001 9133 9760

UNITED STATES
POSTAL SERVICE.

U.S. POSTAGE
PAID
NEW YORK, NY
10026
JAN 03, 15
AMOUNT
**$3.30**

1000    21201    00111086-09

Clerk
United States District Court
for the District of Maryland
101 W Lombard St,
Baltmore, Maryland 21201

FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 5 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case # RDB-14-3685

cv5